Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DUANE STEWART

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| DUANE STEWART, | ) **Case No.:** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| REGIONAL ADJUSTMENT BUREAU, | ) |
| | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S COMPLAINT**

DUANE STEWART (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against REGIONAL ADJUSTMENT BUREAU, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5.  Plaintiff is a natural person residing in Mesa, Arizona.

6.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

7.  Defendant is a collection agency and conducts business in Arizona.

8.  Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9.  Defendant constantly and continuously places calls to Plaintiff seeking and demanding information about Plaintiff's daughter regarding an alleged consumer debt.

10. Defendant has contacted Plaintiff up to three times in a single day.

11. Plaintiff has instructed Defendant on multiple occasions that his daughter no longer lives with him and continually requests that Defendant stop calling and update their phone records accordingly.

12. Despite this information, Defendant continues to contact Plaintiff.

13. Defendant's specific call activity is as follows:

14. On July 21, 2010, Defendant called Plaintiff's wife at 4:55 p.m. requesting information about Plaintiff's daughter.

15. On or about July 21, 2010, Plaintiff returned Defendant's call and provided his Daughters current address and instructed Defendant to cease all further communications as Plaintiff's daughter had not resided in Plaintiff's residence for almost a decade.

16.  Thereafter, on July 27, 2010, Defendant called Plaintiff at 4:41 p.m., 4:51 p.m., and 5:34 p.m., never leaving a message.

17. At approximately 7:00 p.m. on July 27, Plaintiff contacted Defendant and again provided

- 2 -

his daughters address and requested a cease to all communications.

18. Thereafter, On July 28, 2010, at 3:03 p.m., Defendant contacted Plaintiff.

19. That same day at approximately 3:30 p.m., Plaintiff returned Defendant's call and again informed Defendant that his daughter does not reside at the residence and again requested a cease to all communications.

20. Thereafter, on July 29, 2010, at 3:17 p.m., Defendant contacted Plaintiff.

21. On July 30, 2010, Defendant contacted Plaintiff two times; once at 2:37 p.m. and again at 2:24 p.m.

22. Despite being repeatedly told that the consumer that Defendant is trying to reach does not reside with Plaintiff, and having been repeatedly requested to cease all communications with Plaintiff, Defendant continues to contact Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

23. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, DUANE STEWART, respectfully requests judgment be entered against Defendant, REGIONAL ADJUSTMENT BUREAU, INC., for the following:

24. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

26. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

1

**<u>DEMAND FOR JURY TRIAL</u>**

2

Plaintiff, DUANE STEWART, demands a jury trial in this cause of action.

3

RESPECTFULLY SUBMITTED,

4

DATED:  August 23, 2010                KROHN & MOSS, LTD.

5

6

By: /s/ Ryan Lee                                      _

7

Ryan Lee
Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4 -

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, DUANE STEWART, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DUANE STEWART, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _August 20, 2010_                    _Duane H. Stewart_
                                                    DUANE STEWART

- 5 -

PLAINTIFF'S COMPLAINT