1 Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x241
Fax: 866-583-3695
4 rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5 DUANE STEWART

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| DUANE STEWART, | ) | Case No.: 2:10-cv-01801-LOA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| REGIONAL ADJUSTMENT BUREAU, | ) | |
| | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Plaintiff, DUANE STEWART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

DATED: September 24, 2010          KROHN & MOSS, LTD.


                                   By: /s/ Ryan Lee
                                       Ryan Lee
                                       Attorney for Plaintiff