IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Duane Stewart,<br><br>      Plaintiff,<br><br>  v.<br><br>Regional Adjustment Bureau, Inc.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CV-10-1801-PHX-LOA<br><br>**ORDER** |

Pursuant to the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the above-captioned matter is hereby dismissed with prejudice.

Dated this 25th day of October, 2010.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge